UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-11288-IT |
| JOHN DOE, subscriber assigned IP address 73.167.4.168, | * | |
| | * | |
| | * | |
| Defendant. | * | |

PROTECTIVE ORDER
May 23, 2025

TALWANI, D.J.

On May 19, 2025, Plaintiff explained its need for discovery to obtain Defendant's identification and assured the court that Plaintiff would only use this information to prosecute the claims made in the Complaint [Doc. No. 1] and that Plaintiff would seek to enforce its rights "in a way that is mindful of a defendant's privacy interests." See Memorandum in Support 1-2, 4 [Doc. No. 9]. Plaintiff encouraged this court to issue a protective order establishing procedural safeguards, such as allowing a defendant to proceed pseudonymously, as the court finds appropriate. Id. at 9. The court finds the following protective order appropriate.

Pending further order of the court, Defendant is granted leave to proceed pseudonymously. To proceed in this manner, Defendant or Defendant's counsel shall file under seal a notice of appearance identifying Defendant by name. Defendant's subsequent filings may use the pseudonym John Doe.

Pending further order of the court, Plaintiff shall not use John Doe's name, address, or any other identifying information (except his assigned IP address) in any court filings or any communications with any third parties. Plaintiff may use John Doe's name, address, or other

identifying information only in communications directed solely to John Doe (or John Doe's counsel).

    IT IS SO ORDERED.

Date: May 23, 2025                          /s/ Indira Talwani
                                                 United States District Judge